Jennie Martinico, Plaintiff, *v.* Clarence C. Felter et al., Defendants.

Harold T. Sherwood et al., as Executors of Bert C. Fuller, Deceased, Purchaser, Appellant; Michael Jensen, Tenant, Defendant.

Submitted July 16, 1948; decided October 7, 1948.

*K. Courtenay Johnston* for motion.
No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution. (See *East Brooklyn Sav. Bank* v. *Hickman Realty Corp.,* 297 N. Y. 975.)